**Motion Granted in Part and Denied in Part Order filed August 20, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00050-CV
_____

**DEBRA HARRISON, Appellant**

**V.**

**HOWARD M. REINER, SUCCESSOR ADMINISTRATOR OF THE ESTATE OF NAPOLEON HARRISON, DECEASED, AND U.S. SPECIALTY INSURANCE, Appellees**

On Appeal from Probate Court No. 1
Harris County, Texas
Trial Court Cause No. 404,002

## ORDER

Appellees have filed a motion to require appellant to revise the brief she filed on July 22, 2019. We grant the motion in part and deny it in part.

Appellant shall file a supplemental or amended brief that contains a certificate of compliance as required by Texas Rule of Appellate Procedure 9.4(i)(3) and otherwise complies with the Texas Rule of Appellate Procedure. The supplemental

or amended brief is due by **September 19, 2019**.

We deny appellee's motion in all other respects.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant